THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM B. LEWIS and Another.— Motion granted so far as to extend appellants' time to file record on appeal and appellants' points to and including the 10th day of November, 1931, with notice of argument for the 1st day of December, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of IRVING TRUST COMPANY, as Executor, etc., of ELBRIDGE GERRY SNOW, Deceased, for an Order Directing an Inquiry of Certain Personal Property Belonging to the Deceased.— Motion granted and appellant's time to serve proposed case on appeal extended to and including the 23d day of November, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAURA S. VANDEWATER v. HARRY S. AUSTIN.— Motion to dismiss appeal granted. with ten dollars costs, unless appellant procure proposed case on appeal to be served on or before the 31st day of October, 1931, and the appeal thereafter be diligently prosecuted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM REGENDANZ v. CHARLES E. W. SCHELLING and Another, Doing Business, etc.— Motion granted so far as to extend appellants' time to file record on appeal and appellants' points to the 20th day of November, 1931, with notice of argument for December 8, 1931, on condition that appellants file a surety company bond for the amount of the judgment plus interest and costs within five days from service of copy of order with notice of entry thereof. In event of failing to comply with said condition, motion denied. Present — Finch, P. J., McAvoy Martin, O'Malley and Townley, JJ.

WILLIAM LOWENSTEIN, Trustee in Bankruptcy of MEYER REIKES, v. ANNIE REIKES.*— Motion granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRVING NEUMAN v. BESSIE BLOCK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EVERETT A. BRETT and Another v. FANNIE RUBIN.—Application denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM STECK v. LOUIS BRANDT and ABRAM BRANDT, Copartners, etc.— Motion granted so far as to stay the trial of action pending determination of appeal, provided appellants procure the appeal to be argued or submitted on November 6, 1931, and in other respects motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE YORKSHIRE INSURANCE COMPANY, LTD., v. RAW FUR AND SKIN TRADING COMPANY OF NEW YORK, INC., and Others.— Motion granted on condition that appellants procure the appeal to be argued or submitted on November 6, 1931; otherwise, denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of LOUIS NATHANIEL POLLOCK, an Attorney.— Respondent's name stricken from the roll. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

---

* Revd., 258 N. Y. 444.